**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6191

JONATHAN WESLEY CUPP, SR.,

Plaintiff - Appellant,

versus

WILLIE J. BAMBERG, Deputy Director, in their
individual and official capacity as OCRDC
employees; HORACE JAMES, in their individual
and official capacity as OCRDC employees;
JOSEPH CHISOLM, in their individual and
official capacity as OCRDC employees,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Patrick Michael Duffy, District
Judge. (2:04-cv-02487-PMD)

Submitted: March 23, 2006               Decided: March 31, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Wesley Cupp, Sr., Appellant Pro Se.   Christy Scott
Stephens, BOGOSLOW, JONES, STEPHENS & DUFFIE, PA, Walterboro, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jonathan Wesley Cupp, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Cupp v. Bamberg</u>, No. 2:04-cv-02487-PMD (D.S.C. Jan. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>